B6B (Official Form 6B) (12/07)

In re **Scott Alan Newcomer**, Case No. **11-24717**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

|  | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **On Person** | - | 0.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account ending in #0339 at Chase Bank. 1/2 owner with Amy Shirley** | - | 300.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Refrigerator $100, Microwave $50, Sofa $200, TV $300, Lamp $20, Desk $100, Bed $200, Dresser $25, Laptop Computer $200** | - | 1,075.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, Pictures** | - | 100.00 |
| 6. | Wearing apparel. | | **Men's Clothing** | - | 500.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life insurance policy through Northwestern Mutual Life. No current value. Death Benefit is $1,000,000.00.** | - | 0.00 |
| 10. | Annuities. Itemize and name each issuer. | | **Variable Life Insurance Annuity through John Hancock. Acct # 9841. Face Amount & death benefit $931,386.00. Account value $15,468.43, Cash surrender value $1,481.00.** | - | 1,481.00 |
| | | | | Sub-Total > (Total of this page) | 3,456.00 |

__4__ continuation sheets attached to the Schedule of Personal Property

In re **Scott Alan Newcomer**, Case No. **11-24717**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **College savings account through American Funds for T. N. Custodial control of account transferred to ex-wife pursuant to divorce decree prior to filing. Listed for notice purposes.** | - | 3,828.57 |
| | | **College savings account through American Funds for N. N. Custodial control of account transferred to ex-wife pursuant to divorce decree prior to filing. Listed for notice purposes.** | - | 2,016.16 |
| | | **College savings account through American Funds for N. N. Custodial control of account transferred to ex-wife pursuant to divorce decree prior to filing. Listed for notice purposes.** | - | 0.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Fidelity 403(b) transferred from ex-wife's 403(b) pursuant to QDRO. Debtor awarded per judgment of divorce.** | - | 251,285.62 |
| | | **403(b) account through the State of Wisconsin.** | - | 2,200.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **SA Newcomer Association LLC**<br>**Owns Genesee Center (Commercial Building)**<br>**S47 W20760 Hwy 59, North Prairie, WI 53153**<br>**Est FMV $429,000 per current listing contract.**<br>**Building sustained substantial damage from fire in 2010**<br>**No insurance on building.**<br>**subject to:**<br>  **1. Maritime Savings Bank**<br>     **Mortgage $597,265.00**<br>  **2. GE Capital**<br>     **Bobcat $33,229.00** | - | 0.00 |
| | | **100% owner of Capital Management, LLC.**<br>**4600 American Parkway, Ste 208, Madison WI**<br><br>**Liabilities exceed assets.**<br><br>**Assets:**<br>**Furniture/Office Equipment - $4,500**<br>**Accounts Receivable - $10,000**<br><br>**Liabilities:**<br>**Park Bank - $47,000**<br>**AMEX - $14,000**<br>**Dell - $6,000**<br>**Various other debts** | - | 0.00 |

Sub-Total > **259,330.35**
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

In re **Scott Alan Newcomer**,  Case No. **11-24717**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Lake Country Pools, LLC (50% Interest)** **Business closed in 2009. No assets remain. Remaining inventory or equipment consumed in fire in December 2009.** **Liabilities include:** **Credit Card debt $85,000, Taxes, Est $16,000, Amcore Bank $7,000, First Business Bank LOC $100,000.** | - | 0.00 |
| | | **Power Blue LLC - 50% ownership interest** **Property management firm for Genesse Center building. Ceased operation in December 2009 when fire consumed the building.** **No assets.** | - | 0.00 |
| | | **SAN and Associates LLC - 100% ownership interest** **LLC created in January 2011. Debtor has not operated under this LLC.** **No assets.** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Friends of Scott Newcomer, Campaign Account ($32,000)** **Uncollectible- not running for re-election so no fundraisers.** | - | 0.00 |
| | | **Lake Country Pools owes Scott $165,000 for money he put in the business** **Uncollectible. Business closed in 2009** | - | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Has not filed 2010 Taxes. Debtor expects to owe approximately $20,000.00.** | - | 0.00 |
| | | | Sub-Total > (Total of this page) | 0.00 |

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

In re **Scott Alan Newcomer**, Case No. **11-24717**
                                                Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential claim against Daniel J. Schwartzer including, but not limited to: fraud, misrepresentation, and conversion of company assets to personal use related to debtor's purchase of Mr. Schwartzer's stock interest in Capital Management, Inc. Presently, the debtor has no plans to pursue these claims, so the claims have been valued at zero. Mr. Schwartzer recently filed suit in Dane County against the debtor with regard to obligations under the sale contract that Mr. Schwartzer alleges were breached by the debtor** | - | 0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Sub-Total >  **0.00**
(Total of this page)

Sheet **3** of **4** continuation sheets attached
to the Schedule of Personal Property

In re **Scott Alan Newcomer**, Case No. **11-24717**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total > **0.00**
(Total of this page)
Total > **262,786.35**

Sheet **4** of **4** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re  **Scott Alan Newcomer**                                   ,     Case No.  **11-24717**
                              Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                     $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
■ 11 U.S.C. §522(b)(2)                                                        *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** **Hilton Timeshare Las Vegas Nevada** FMV per Sellmytimeshare.com $3,500-$5,500.00 | 11 U.S.C. § 522(d)(5) | 4,500.00 | 4,500.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** **Checking account ending in #0339 at Chase Bank. 1/2 owner with Amy Shirley** | 11 U.S.C. § 522(d)(5) | 300.00 | 300.00 |
| **Household Goods and Furnishings** **Refrigerator $100, Microwave $50, Sofa $200, TV $300, Lamp $20, Desk $100, Bed $200, Dresser $25, Laptop Computer $200** | 11 U.S.C. § 522(d)(3) | 1,075.00 | 1,075.00 |
| **Books, Pictures and Other Art Objects; Collectibles** **Books, Pictures** | 11 U.S.C. § 522(d)(5) | 100.00 | 100.00 |
| **Wearing Apparel** **Men's Clothing** | 11 U.S.C. § 522(d)(5) | 500.00 | 500.00 |
| **Interests in Insurance Policies** **Term life insurance policy through Northwestern Mutual Life. No current value. Death Benefit is $1,000,000.00.** | 11 U.S.C. § 522(d)(7) | 0.00 | 0.00 |
| **Annuities** **Variable Life Insurance Annuity through John Hancock. Acct # 9841. Face Amount & death benefit $931,386.00. Account value $15,468.43, Cash surrender value $1,481.00.** | 11 U.S.C. § 522(d)(12) | 1,481.00 | 1,481.00 |
| **Interests in an Education IRA or under a Qualified State Tuition Plan** **College savings account through American Funds for T. N. Custodial control of account transferred to ex-wife pursuant to divorce decree prior to filing. Listed for notice purposes.** | 11 U.S.C. § 522(d)(5) | 3,828.57 | 3,828.57 |
| **College savings account through American Funds for N. N. Custodial control of account transferred to ex-wife pursuant to divorce decree prior to filing. Listed for notice purposes.** | 11 U.S.C. § 522(d)(5) | 2,016.16 | 2,016.16 |
| **College savings account through American Funds for N. N. Custodial control of account transferred to ex-wife pursuant to divorce decree prior to filing. Listed for notice purposes.** | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |

  **2**   continuation sheets attached to Schedule of Property Claimed as Exempt

In re  **Scott Alan Newcomer**                                                                    Case No.   **11-24717**
                                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Fidelity 403(b) transferred from ex-wife's 403(b) pursuant to QDRO. Debtor awarded per judgment of divorce.** | 11 U.S.C. § 522(d)(12) | 251,285.62 | 251,285.62 |
| **403(b) account through the State of Wisconsin.** | 11 U.S.C. § 522(d)(12) | 2,200.00 | 2,200.00 |
| **Stock and Interests in Businesses** | | | |
| **SA Newcomer Association LLC**<br>**Owns Genesee Center (Commercial Building)**<br>**S47 W20760 Hwy 59, North Prairie, WI 53153**<br>**Est FMV $429,000 per current listing contract.**<br>**Building sustained substantial damage from fire in 2010**<br>**No insurance on building.**<br>**subject to:**<br>  **1. Maritime Savings Bank**<br>     **Mortgage $597,265.00**<br>  **2. GE Capital**<br>     **Bobcat $33,229.00** | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| **100% owner of Capital Management, LLC.**<br>**4600 American Parkway, Ste 208, Madison WI**<br><br>**Liabilities exceed assets.**<br><br>**Assets:**<br>**Furniture/Office Equipment - $4,500**<br>**Accounts Receivable - $10,000**<br><br>**Liabilities:**<br>**Park Bank - $47,000**<br>**AMEX - $14,000**<br>**Dell - $6,000**<br>**Various other debts** | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| **Lake Country Pools, LLC (50% Interest)**<br>**Business closed in 2009. No assets remain.**<br>**Remaining inventory or equipment consumed in fire in December 2009.**<br><br>**Liabilities include:**<br>**Credit Card debt $85,000, Taxes, Est $16,000, Amcore Bank $7,000, First Business Bank LOC $100,000.** | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| **Power Blue LLC - 50% ownership interest**<br><br>**Property management firm for Genesse Center building. Ceased operation in December 2009 when fire consumed the building.**<br><br>**No assets.** | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |

Sheet ____**1**____ of ____**2**____ continuation sheets attached to the Schedule of Property Claimed as Exempt

In re **Scott Alan Newcomer**, Case No. **11-24717**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **SAN and Associates LLC - 100% ownership interest** | 11 U.S.C. § 522(d)(5) | 1.00 | 0.00 |
| **LLC created in January 2011. Debtor has not operated under this LLC.** | | | |
| **No assets.** | | | |
| **Other Contingent and Unliquidated Claims of Every Nature** **Potential claim against Daniel J. Schwartzer including, but not limited to: fraud, misrepresentation, and conversion of company assets to personal use related to debtor's purchase of Mr. Schwartzer's stock interest in Capital Management, Inc. Presently, the debtor has no plans to pursue these claims, so the claims have been valued at zero. Mr. Schwartzer recently filed suit in Dane County against the debtor with regard to obligations under the sale contract that Mr. Schwartzer alleges were breached by the debtor** | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| Total: | | **267,287.35** | **267,286.35** |

Sheet **2** of **2** continuation sheets attached to the Schedule of Property Claimed as Exempt